850

No. 76–6912. HARDY v. JAMISON ET AL. C. A. 4th Cir. Certiorari denied.

No. 76–6913. KINSLEY v. BRENT, DBA SAFEWAY FINANCE Co., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–6914. JACKSON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 76–6915. COUSIN v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 76–6917. JOHNSTON v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 76–6918. BRINLEE v. CRISP, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 76–6919. WEGER v. BRIERTON, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–6920. WARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6921. HOUSE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6922. BARKER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–6923. GWINN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–6925. GEHRMAN v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 76–6927. BOWDACH v. HAVENS ET AL. C. A. 5th Cir. Certiorari denied.